# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 23-30889
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**

May 9, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jakyren Devon Ladner,

*Defendant—Appellant*.

―――――――――――――――――――――――

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CR-180-1

―――――――――――――――――――――――

Before Wiener, Ho, and Ramirez, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Defendant-Appellant Jakyren Devon Ladner has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ladner has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record

―――――――――――――――――

\* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30889

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.